# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(3) CHRISTOPHER BLACKWELL,<br><br>Defendant. | 4:15-CR-20152-TGB<br><br><br>ORDER GRANTING REQUEST<br>FOR EXTENSION OF TIME |

The Court has received and reviewed Petitioner Blackwell's Motion for extension of time to supplement his § 2255 motion.  The request is granted.

Accordingly, it is **ORDERED** that:

(1) Petitioner Blackwell shall submit a statement describing the grounds he believes supports his request for habeas relief **by no later than August 9, 2021**;

(2) Petitioner Blackwell may also include a request for the

appointment of counsel explaining why he believes his petition

requires the assistance of counsel;

(3) If no supplement is filed within this time frame, this Petition

will be dismissed.

DATED this 25th day of March, 2021.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge